AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. §290 and/or 15 U.S.C. § 1116, you are hereby advised that a court action has been filed in the U.S. District Court <u>for the Northern District of Callifornia</u> on the following  ☒ Patents  or  ☐ Trademarks:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
|  |  | Northern District of California, San Jose Branch |

| PLAINTIFF | DEFENDANT |
|---|---|
| TERUMO CARDIOVASCULAR SYSTEMS CORPORATION | MAQUET CARDIOVASCULAR LLC |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1. see complaint |  |  |
| 2. |  |  |
| 3. |  |  |
| 4. |  |  |
| 5. |  |  |

In the above-entitled case, the following patent(s) / trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1. |  |  |
| 2 |  |  |
| 3. |  |  |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION / JUDGMENT |
|---|
|  |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

Copy 1 - Upon initiation of action, mail this copy to Director  Copy 3 – Upon termination of action, mail this copy to Director
Copy 2 – Upon filing document adding patent(s), mail this copy to Director  Copy 4 – Case file copy.