1  James Snell (SBN 173070)
   BINGHAM MCCUTCHEN LLP
2  1900 University Avenue
   East Palo Alto, CA 94303-2223
3  Telephone: 650.966.1575
   Fax: 650.849.4618
4  james.snell@bingham.com
   Attorney for Defendant MAQUET CARDIOVASCULAR, LLC
5

6
                    IN THE UNITED STATES DISTRICT COURT
7
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

9
   TERUMO CARDIOVASCULAR SYSTEMS         CASE NO.: 3:08-cv-04003-EMC
10 CORPORATION,
                 Plaintiff,              **STIPULATION FOR EXTENSION OF
11                                       TIME** ; ORDER
        v.
12
   MAQUET CARDIOVASCULAR L.L.C.,
13
                 Defendant.
14

15

16      Pursuant to Local Rule 6-1(a), defendant MAQUET CARDIOVASCULAR, LLC

17 ("Maquet") and plaintiff TERUMO CARDIOVASCULAR SYSTEMS CORPORATION

18 ("Terumo") hereby stipulate that Maquet shall have until October 14, 2008 to file an answer,

19 motion or any other responsive pleading to the Complaint filed by Terumo.

20      The parties do not believe that this extension will alter the date of any event or any

21 deadline already fixed by Court order.

22

23

24

25

26

27

28

A/72649240.1/3007859-0000331185

1    Respectfully Submitted,

2    DATED: 9/11/08                        BINGHAM MCCUTCHEN, LLP

3

4

5                                     By: _____
                                         JAMES G. SNELL, ESQ
                                         Attorney for the Defendant

6                                     MAQUET CARDIOVASCULAR, LLC

7

8    DATED: September 11, 2008            FISH AND RICHARDSON PC

9

10                                    By: Shelley K Mack
                                      MATHIAS W. SAMUEL

11                                    JOHN D. GARRETSON
                                   SHELLEY K. MACK

12                                    Attorney for Plaintiff
                                   TERUMO CARDIOVASCULAR SYSTEMS

13                                    CORPORATION

14

15

16    IT IS SO ORDERED:

17

18

19    By_____
     Edward M. Chen

20    U.S. Magistrate Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

A/72649240.1/3007859-0000331185            2

STIPULATION FOR EXTENSION OF TIME