```
 1  Mathias W. Samuel (pro hac vice to be filed, MN Bar No. 272164)
    (samuel@fr.com)
 2  FISH & RICHARDSON P.C.
    60 South Sixth Street
 3  3300 RBC Plaza
    Minneapolis, MN 55402
 4  Telephone: 612-335-5070
    Facsimile: 612-288-9696
 5
    John D. Garretson (pro hac vice to be filed, NY Bar No. 2595395)
 6  (garretson@fr.com)
    FISH & RICHARDSON P.C.
 7  Citigroup Center - 52nd Floor
    153 East 53rd Street
 8  New York, NY 10022-4611
    Telephone: 212-765-5070
 9  Facsimile: 212-258-2291

10  Shelley K. Mack (CA Bar No. 209596)
    (mack@fr.com)
11  FISH & RICHARDSON P.C.
    500 Arguello Street, Suite 500
12  Redwood City, CA  94063
    Telephone: 650-839-5070
13  Facsimile: 650-839-5071

14
    Attorneys for Plaintiff
15  TERUMO CARDIOVASCULAR SYSTEMS CORPORATION
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| TERUMO CARDIOVASCULAR SYSTEMS CORPORATION, | Case No. 3:08-cv-04003-EMC |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING EXTENSION OF TIME |
| v. | |
| MAQUET CARDIOVASCULAR L.L.C. | |

Upon the Stipulation of the parties that Terumo shall have until and including December 18, 2008 in which to file an answer, motion or any other responsive pleading to the Answer and Counterclaims filed by Maquet,

1

IT IS SO ORDERED.

Dated: November 14, 2008



Judge Charles R. Breyer

50617421.doc