Bingham McCutchen LLP
JAMES B. LEWIS (SBN 71669)
james.lewis@bingham.com
JAMES G. SNELL (SBN 173070)
james.snell@bingham.com
1900 University Avenue
East Palo Alto, CA  94303-2223
Telephone:  650.849.4400
Facsimile:  650.849.4800

SCOTT T. BLUNI (*pro hac vice* pending, MA SBN 660187)
scott.bluni@bingham.com
One Federal Street
Boston, Massachusetts  02110-1726
Telephone:  617.951.8000
Facsimile:  617.951.8736

Attorneys for Defendant and Counterclaimant
MAQUET CARDIOVASCULAR, L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERUMO CARDIOVASCULAR SYSTEMS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MAQUET CARDIOVASCULAR, L.L.C.,<br><br>Defendant. | No. C08-04003 CRB<br><br>[PROPOSED] ORDER CONTINUING DATE OF CASE MANAGEMENT CONFERENCE |
| MAQUET CARDIOVASCULAR, L.L.C.,<br><br>Counterclaimant,<br><br>v.<br><br>TERUMO CARDIOVASCULAR SYSTEMS CORPORATION, and TERUMO CORPORATION,<br><br>Counterdefendants. | |

A/72759379.1/3007859-0000335069                         Case No. C08-04003 CRB

[PROPOSED] ORDER CONTINUING DATE OF CASE MANAGEMENT CONFERENCE

1   The Court having considered the Stipulation of Plaintiff Terumo and Defendant
2   and Counterclaimant Maquet to continue the Case Management Conference, and good cause
3   appearing, IT IS HEREBY ORDERED THAT:
4   the Case Management Conference shall be continued until January 9, 2009, at
5   8:30 a.m.

9   Signed: November 24, 2008

The Honorable Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

A/72759379.1/3007859-0000335069          2          Case No. C08-04003 CRB

[PROPOSED] ORDER CONTINUING DATE OF CASE MANAGEMENT CONFERENCE