Shelley K. Mack (SBN 209596)
(mack@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: 650-839-5070
Facsimile: 650-839-5071

Mathias W. Samuel (MN Bar No. 272164)
(samuel@fr.com)
FISH & RICHARDSON P.C.
60 South Sixth Street
3300 RBC Plaza
Minneapolis, MN 55402
Telephone: 612-335-5070
Facsimile: 612-288-9696

Attorneys for Plaintiff and Counterdefendant
TERUMO CARDIOVASCULAR SYSTEMS CORPORATION
and Counterdefendant TERUMO CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| TERUMO CARDIOVASCULAR SYSTEMS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MAQUET CARDIOVASCULAR L.L.C.<br><br>Defendant. | Case No. C-08-04003 CRB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |
| MAQUET CARDIOVASCULAR, L.L.C.,<br><br>Counterclaimant,<br><br>v.<br><br>TERUMO CARDIOVASCULAR SYSTEMS CORPORATION, and TERUMO CORPORATION,<br><br>Counterdefendants. | |

1

STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER
Case No. C-08-04003 CRB

Plaintiff and Counterdefendant Terumo Cardiovascular Systems Corporation and Counterdefendant Terumo Corporation (collectively, "Terumo") and Defendant and Counterclaimant Maquet Cardiovascular L.L.C. ("Maquet") hereby stipulate as follows:

1. Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and (c), Maquet and Terumo hereby agree to dismiss with prejudice this lawsuit, including all claims and counterclaims filed therein.

2. Each party shall bear its own litigation costs, attorneys' fees and other expenses arising from or related to this litigation.

Dated: December 17, 2008                FISH & RICHARDSON P.C.

                                        By: /s/ Shelley K. Mack
                                            Shelley K Mack

                                        Attorneys for Plaintiff and Counterdefendant
                                        TERUMO CARDIOVASCULAR SYSTEMS
                                        CORPORATION
                                        and Counterdefendant TERUMO
                                        CORPORATION


Dated: December 17, 2008                BINGHAM McCUTCHEN LLP

                                        By: /s/ James G. Snell
                                            James Boyd Lewis
                                            James G. Snell
                                            Jessie M. Amberg
                                            Judith S.H. Hom

                                        Attorneys for Defendant and Counterclaimant
                                        MAQUET CARDIOVASCULAR LLC

Concurrence in the filing of this document has been obtained from James G. Snell, counsel for Defendant and Counterclaimant Maquet Cardiovascular LLC.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, the Court **HEREBY DISMISSES WITH PREJUDICE** the above titled lawsuit, with each party to bear its own attorneys' fees and costs.

Pursuant to Stipulation, **IT IS SO ORDERED.**

Dated: __December 19, 2008__   _____

Honorable Charles R. Breyer
United States District Court J



3
STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED]
ORDER
Case No. C-08-04003 CRB